1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. Cr. S-07-MJ-0110 DAD |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DISMISSING COMPLAINT |
| ) | AS TO DEFENDANT KNYAZEVA |
| VALERIYA KNYAZEVA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss without prejudice the Complaint as to defendant Valeriya Knyazeva.  Good cause having been shown, leave to dismiss the Complaint as to defendant Valeriya Knyazeva is **GRANTED**, and the Complaint is hereby **DISMISSED** without prejudice as to that defendant.

DATE:   June 11, 2007.

_____
U.S. MAGISTRATE JUDGE